**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erick Vogeler, | No. CV-26-02771-PHX-SHD |
| Plaintiff, | **ORDER** |
| v. | |
| Proguard Warranty Incorporated, et al., | |
| Defendants. | |

On April 22, 2026, Plaintiff Erick Vogeler filed this action along with an Application to Proceed In Forma Pauperis ("IFP"). (Docs. 1, 2.) Vogeler's IFP application will be denied.

"There is no formula set forth by statute, regulation, or case law to determine when someone is poor enough to earn IFP status." *Escobedo v. Applebees*, 787 F.3d 1226, 1235 (9th Cir. 2015). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Id.* at 1234 (citing *Adkins v. E.I. Dupont de Nemours & Co.*, 335 U.S. 331, 339 (1948)).

Vogeler's IFP application indicates that he is 31 years old and has one dependent. (Doc. 2 at 3, 5.) It states that Vogeler is employed by "MBI" and the U.S. Navy and also earns self-employment income, for a total monthly income of $9,490, with approximately $21 in cash and a savings account; owns an Audi A4 valued at $21,000; and that his monthly expenses total $8,586. (*Id.* at 2–5.) Vogeler's income thus exceeds his expenses by $904 each month. Although Vogeler states that his vehicle has been immobilized at a

dealership since February 4, 2026, causing him to incur additional transportation costs and impairing his business operations, those circumstances are already reflected in the expense figures he provided.  On the face of Vogeler's IFP application, it appears that he can pay the filing fees and still afford the necessities of life, and I will therefore deny Vogeler's IFP application.

Accordingly,

**IT IS ORDERED** that Vogeler's IFP Application (Doc. 2) is **DENIED**. Vogeler shall pay the filing fee by no later than **August 4, 2026**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter dismissal of this action without further notice if Plaintiff fails to pay the filing fee by August 4, 2026.

Dated this 21st day of July, 2026.

_____
Honorable Sharad H. Desai
United States District Judge